Joan E. Farr
7145 Blueberry Lane
Derby, KS 67037
Phone: 918.698.3289
JoanFarr73@aol.com

FILED
U.S. District Court
District of Kansas

DEC 3 0 2022

Clerk, U.S. District Court
By _MaM_ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Joan E. Farr, individually, *pro se*, )
and in the interests of American citizens, )
)
Plaintiff, )
)
vs. )   Case No. 2:22-cv-2476-DDC-GEB
)
United States Government, Department of Defense, )
Department of Justice, United States Senator James Inhofe, )
Luke Holland, United States Senator Jerry Moran, State of )
Kansas, Kansas Secretary of State Scott Schwab, Federal )
Bureau of Investigation, Central Intelligence Agency, Internal )
Revenue Service, U.S. Assistant Attorney Christopher Allman, )
Sedgwick County District Court, other known/unknown state )
and government actors, )
)
Defendants. )
)

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW the plaintiff, Joan E. Farr, individually *pro se,* and in the interests of American citizens, and files this motion for leave to amend her Complaint in the above matter. In support, plaintiff states as follows:

1. Plaintiff cited 42 USC 1985(2) & (3) throughout her original Complaint. However, she failed to include the additional claim of 42 USC 1985 **(1)** which she originally plead in her facts and law.

2. When plaintiff's FTCA claims were denied on May 26, 2022 and the court did not rule within the six month time frame for filing a federal suit, plaintiff was overwhelmed by the voluminous task of trying to construct this additional lawsuit. Since she has had to proceed *pro se* and the clock was ticking, she incurred anxiety over what to leave in and what to leave out. As a result, she overlooked this law.

3. In addition, although it can be inferred and implied, plaintiff also wanted to actually state that the defendants exceeded the scope of their authority as government officials.

1

4. Plaintiff has attached her proposed Amended Complaint for this Court's approval (**EXHIBIT A**).

WHEREFORE, plaintiff respectfully requests that this Court allow her leave to amend her original Complaint for the aforementioned reasons and in the interests of justice.

Respectfully submitted,

*/s/ Joan E. Farr*

Joan E. Farr, plaintiff *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December, 2022, a copy of the above and foregoing Plaintiff's Motion for Leave to Amend Complaint was filed with the United States District Court for the District of Kansas, and a copy was deposited in the U.S. mail, postage prepaid and properly addressed, to:

| | | |
|---|---|---|
| Bradley J. Schlozman (#17621) | Garrett R. Roe (#26867) | Stephen Phillips, KS #14130 |
| HINKLE LAW FIRM LLC | HINKLE LAW FIRM LLC | Asst. A.G., Civil Lit. Div. |
| 1617 N. Waterfront Parkway, Ste. 400 | 8711 Penrose Lane, Ste. 400 | 120 SW 10th Ave., 2nd Floor |
| Wichita, Kansas 67206 | Lenexa, Kansas 66219 | Topeka, KS 66612-1597 |
| Phone: (316) 267-2000 | Phone: (913) 345-9205 | Phone: (785) 296-2215 |
| Email: bschlozman@hinklaw.com | Email: groe@hinklaw.com | Email: steve.phillips@ag.ks.gov |
| *Attorney for Defendant Secretary of State Scott Schwab* | *Attorney for Defendant Secretary of State Scott Schwab* | *Attorney for State of Kansas and Sedgwick County Dist. Court* |

*/s/ Joan E. Farr*

Joan E. Farr, plaintiff *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

2