Case 2:22-cv-02476-DDC-GEB   Document 59-1   Filed 01/17/23   Page 1 of 1

EXHIBIT A

**From:** KSD_Crabtree_Chambers@ksd.uscourts.gov,
**To:** joanfarr73@aol.com, KSD_Birzer_Chambers@ksd.uscourts.gov,
**Cc:** duston.slinkard@usdoj.gov, bschlozman@hinklaw.com, groe@hinklaw.com, steve.phillips@ag.ks.gov, tfinnerty@wallacesaunders.com,
**Subject:** RE: INJUNCTIVE RELIEF
**Date:** Tue, Jan 17, 2023 10:48 am

Ms. Farr,

If you wish to seek injunctive relief, you need to file a motion that conforms to the Federal Rules of Civil Procedure and the D. Kan. local rules. You can access both from the court's website: https://ksd.uscourts.gov/. The court doesn't grant injunctions based on email submissions.

Thank you.

**From:** Joan Farr <joanfarr73@aol.com>
**Sent:** Saturday, January 14, 2023 11:50 PM
**To:** KSD_Crabtree_Chambers <KSD_Crabtree_Chambers@ksd.uscourts.gov>; KSD_Birzer_Chambers <KSD_Birzer_Chambers@ksd.uscourts.gov>
**Cc:** duston.slinkard@usdoj.gov; bschlozman_hinklaw.com <bschlozman@hinklaw.com>; groe@hinklaw.com; steve.phillips_ag.ks.gov <steve.phillips@ag.ks.gov>; tfinnerty@wallacesaunders.com
**Subject:** INJUNCTIVE RELIEF

**CAUTION - EXTERNAL:**

Judge Crabtree / Judge Birzer:

I am writing to ask for injunctive relief against the defendants until this lawsuit is over. Last night, I had to call the police for the third time since last August due to threats and intimidation by the CIA. They have broken into my house twice and stolen documents, now it appears they are casing my house. My 35-year old son is suffering more than I am, since he has a serious heart condition and doesn't have long to live. I didn't realize how badly this was affecting him until this evening.

So I am asking more for his sake than mine, please cease and desist this continued harassment. It is hard enough wondering every day if he is going to wake up. He doesn't deserve this and never did. I would just like his last days to be peaceful.

Sincerely,

Joan Farr

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.