EXHIBIT B

## AFFIDAVIT OF JOAN E. FARR 1/14/23

I, Joan E. Farr, upon oath being duly sworn, state that I am over 21 years of age and have personal knowledge of the facts stated herein.

I ran for the United States Senate in Kansas and Oklahoma in 2022 as a Republican. The primary was held on August 2, 2022 in Kansas and I lost badly to incumbent Senator Jerry Moran. Later, I had two people tell me they believed the election was rigged using an algorithm on the computers, so I began to prepare a petition to challenge the election results. I acquired the affidavits of two witnesses and had them in a basket on the desk in my office. On August 30, 2022, I left my home to take a third witness, Carol Becker, to the Derby Public Library to have her affidavit notarized. Since it was going to be a quick trip, I left my front garage door open and the inside door to my home unlocked while my son was upstairs in the house. The next morning, I noticed that the affidavits of the two witnesses were gone from the basket on my desk. I told my son and he said that he had heard something downstairs while I was gone to the library. I made a police report on September 1, 2022 (EXHIBIT A). When sheriffs came to my home, I told them that I believed the CIA was involved and that they had used a "cloak of invisibility" to enter my home. They asked if I wanted to press charges and I said that I already had a lawsuit pending against them. I have made statements in the past six months in both state and federal court that if I get into office, I intend to ban the CIA from Kansas since they are extorting money from unsuspecting wealthy people and discreetly killing people in Wichita area hospitals.

On September 18, 2022, Channel 12 called to interview me since it was the day of the Queen of England's funeral. A young woman named Lily Wu came to interview me and was in my office for about 45 minutes filming me. She specifically wanted to see all of my cards and correspondence from the Royal family that I had collected for the past 12 years. So I pulled my file titled "Legislature" since this is where I kept these, and she was alone in my office for a few minutes while I looked at another file in the kitchen. It wasn't until December 1, 2022 when I received a card from Prince William & Kate to thank me for the condolences I sent that I noticed my "Legislature" file was missing from my file cabinet. I called the police and made a second police report (EXHIBIT B). Later, I also emailed Senator Roger Marshall's office concerning these break-ins and continued CIA harassment.

On November 21, 2022, I filed a federal lawsuit naming 16 government defendants including the CIA (Case No. 2:22-cv-02476). In the past two weeks, I have been responding to numerous court documents to dismiss the case which has caused me undue stress. On January 13, 2023 after working all day on court documents, I noticed a car sitting with their lights on in a cul de sac at the back of my house which is on an acre with mature trees. They would turn off their lights, then on, and soon another car came to join them. After this had gone on for about 30 minutes, I called 911 again to have them check it out. I did not make a third report. My son and I have been experiencing loss of sleep and nightmares due to the continued CIA threats and intimidation resulting from the lawsuit I filed.

FURTHER AFFIANT SAYETH NAUGHT.

_____Joan E. Farr_____
Joan E. Farr

STATE OF KANSAS     }
                    } ss:
COUNTY OF SEDGWICK  }

BE IT REMEMBERED that on this  14  day of January 2023, Joan E. Farr, personally known to me to be the person who executed the foregoing instrument of writing, appeared before me personally and duly acknowledged and executed same. IN TESTIMONY WHEREOF, I have hereunto set my hand and notarial seal for the above county and state, the day and year above written.

_____Megan Ball_____
Notary Public

My appointment expires: 11/09/2026



NOTARY PUBLIC - State of Kansas
MEGAN BALL
My Appt Expires 11-09-2026