EXHIBIT A
(to affidavit)

# SEDGWICK COUNTY SHERIFF'S OFFICE
141 W. ELM, WICHITA, KANSAS 67203

## STATEMENT FORM

Case Number: 22$007852  Date: 9-1-22  Time: 9:22 pm

Name: Joan Farr  Date of Birth: 4-30-55

Address: 7145 Blueberry Lane, Derby, KS 67037  Phone Number: 918.698.3.

Instructions: Write everything you believe is important about the incident in question. The more detailed statement you provide, the greater the possibility is of bringing the case to a successful resolution. If you make a mistake, do not erase or scribble over the mistake. Put a single line through the word or words you wish to change and continue. When you are finished, sign your name at the end of the statement. Use additional pages if necessary. Start from the beginning.

I was preparing a petition tonight to file tomorrow to contest the election results in my race for the U.S Senate in Kansas & the "Value Them Both" amendment question. I had received two affidavits this past week to attach as evidence & noticed they were missing from the basket on my desk. I currently have a lawsuit against a CIA "poser" & the CIA, and I believe they may have entered & taken them, as these are pieces of key evidence in my case to contest the election. My son said the door inside to the garage was open about a foot after I left to go to the library last night.

page 1 of 1      Joan E. Farr

86D013 (Rev 12/2007)