Deputy Alexis Pen

EXHIBIT B
(to affidavit)

# SEDGWICK COUNTY SHERIFF'S OFFICE
141 W. ELM, WICHITA, KANSAS 67203

## STATEMENT FORM

Case Number 22$010639  Date 12-1-22  Time 4:13 pm

Name Joan Farr  Date of Birth 4-30-55

Address 7145 Blueberry Lane  Phone Number 918-698-328
Derby, KS 67037

Instructions: Write everything you believe is important about the incident in question. The more detailed statement you provide, the greater the possibility is of bringing the case to a successful resolution. If you make a mistake, do not erase or scribble over the mistake. Put a single line through the word or words you wish to change and continue. When you are finished, sign your name at the end of the statement. Use additional pages if necessary. Start from the beginning.

Today I received in the mail a thank-you card from Prince William + Princess Kate concerning the sympathy card I had sent them when Queen Elizabeth died. I went to put it in my file marked "Legislature" in my office, and it was gone. I had made a previous report on 9-1-22 when I noticed two affidavits missing from the basket on my desk in my home office. They were for a lawsuit I was filing over election rigging in KS & I believe the CIA used a cloak of invisibility to enter my home & steal them. On Sept. 19, 2022, I was interviewed in my office by Lily Wu with Channel 12 who had called + wanted to do a story on my relationship with the Royal family over the years. She filmed me + my documents, cards, etc. + wanted me to look for one letter in particular. While I took another file into the kitchen, she was alone in my office with my "Legislature" file spread across my desk. It has been missing since Sept 19, and I believe she is somehow connected to the CIA taking this file. There are about 50 cards, letters etc. that were in it.

Note: I filed suit against the govt + the CIA on 11/21/22 Case # 2:22-CV-2476

Joan E. Farr

86D013 (Rev 12/2007)
page 1 of 9
PS-1