IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOAN E. FARR,

      Plaintiff,

  vs.              Case No. 22-2476-DDC-GEB

UNITED STATES GOVERNMENT, et al.,

      Defendants.

**FEDERAL DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION TO ADD SUPLEMENTAL PLEADING (DOC. 94)**

  The Federal Defendants, the United States Government including the United States Department of Defense, the United States Department of Justice, United States Senator James Inhofe, Luke Holland of the Office of United States Senator James Inhofe, United States Senator Jerry Moran, the Federal Bureau of Investigation, the Central Intelligence Agency, the Internal Revenue Service, and Assistant United States Attorney for the District of Kansas, Christopher Allman through counsel, Duston J. Slinkard, United States Attorney for the District of Kansas, file this response in opposition to Joan Farr's Motion to Add Supplemental Pleading.

  Farr's motion seeks to use Fed. R. Civ. P. 15(d) as a vehicle to supplement her Amended Complaint and Motion for Judgment on the Pleadings because she forgot ("as a result of . . . short-term-memory loss") to include two exhibits to those pleadings. Doc. 94 at 2. Rule 15(d) provides, in pertinent part, that the court may "permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that *happened after the date of the pleading to be supplemented*." (emphasis supplied). The Tenth Circuit has held that "Rule 15(d) gives trial courts broad discretion to permit a party to serve a supplemental pleading *setting forth post-complaint transactions, occurrences or events*." *Wallace v. Microsoft Corp.*, No. 07-2379-

EFM, 2011 WL 1230295, at *6 (D. Kan. Mar. 30, 2011), *aff'd,* 454 F. App'x 663 (10th Cir. 2012) (emphasis supplied). The problem here is that the two exhibits Farr seeks to add pertain to events that occurred prior to her Amended Complaint and her Motion for Judgment on the pleadings, not after. Accordingly, Rule 15(d) does not provide an avenue for adding those exhibits to her pleadings.

In addition, the Federal Defendants oppose Farr's Motion to Add Supplemental Pleading for the same reasons set forth in their Response in Opposition to Plaintiff's Motion to Amend Her Complaint. *See* Doc. 68. Those reasons, namely, that her claims have already been dismissed in two prior actions arising from the same fact pattern, and futility, are restated and realleged as if fully set out herein. *Id.*

This Court should deny Farr's motion to supplement her pleadings for the above state reasons.

Respectfully submitted,

s/ Duston J. Slinkard
DUSTON J. SLINKARD
Ks. S.Ct. No. 21294
United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: Duston.Slinkard@usdoj.gov

Attorney for the Federal Defendants

CERTIFICATE OF SERVICE

       I certify that on February 13, 2023, this document was electronically filed with the Clerk of the Court by using the CM/ECF system.  A paper copy was mailed to:

Joan E. Farr
7145 Blueberry Lane
Derby, KS 67037
Plaintiff, pro se

                                    <u>s/ Duston J. Slinkard</u>
                                    DUSTON J. SLINKARD