Joan E. Farr
7145 Blueberry Lane
Derby, KS 67037
Phone: 918.698.3289
JoanFarr73@aol.com



**FILED**
U.S. District Court
District of Kansas

FEB 15 2023



Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

Joan E. Farr, individually, *pro se*, )
   and in the interests of American citizens, )
  )
  )
                Plaintiff, )
  )
vs. )    Case No. 2:22-cv-2476-DDC-GEB
  )
United States Government, Department of Defense, )
Department of Justice, United States Senator James Inhofe, )
Luke Holland, United States Senator Jerry Moran, State of )
Kansas, Kansas Secretary of State Scott Schwab, Federal )
Bureau of Investigation, Central Intelligence Agency, Internal )
Revenue Service, U.S. Assistant Attorney Christopher Allman, )
Sedgwick County District Court, other known/unknown state )
and government actors, )
  )
                Defendants. )
_____)

**PLAINTIFF'S REPLY TO FEDERAL DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO ADD SUPPLEMENTAL PLEADING (DOC. 94)**

COMES NOW the plaintiff, Joan E. Farr, individually *pro se*, and in the interests of American citizens, and files this reply to the federal defendants' response in opposition to plaintiff's motion to add supplemental pleading [Doc. 94]. In support, plaintiff states as follows:

1. Plaintiff did not forget to add the "Affidavit of Steven Gammill" to her supplemental pleading as a result of her short-term memory loss [EXHIBIT A marked as EXHIBIT B in error attached to Doc. 94]. The Court and any reasonable person can clearly see that it was signed by the witness on January 24, 2023, well after plaintiff filed her Amended Complaint [Doc. 44] on January 9, 2023 and after the government defendants filed their motion for summary judgment asking her to produce all evidence [Doc. 65]. She responded by filing Doc. 73 on January 26, 2023, but had not yet received this affidavit because it was "lost" in the mail, and any reasonable person would believe that the government defendants intercepted it. Plaintiff has endured mail tampering by them for the past 19 years which are extraordinary circumstances the Court should consider. Furthermore, the "Affidavit of Steven Gammill" should be added as a

1

supplemental pleading per Fed. R. Civ. P. 15(d) since plaintiff already reserved the right to add it later on.

2. Concerning plaintiff's exhibit which showed the ruling by Sedgwick County Court denying the contempt charges against her filed by Curry, Hesse and KLS [EXHIBIT B marked as EXHIBIT A in error], it shows that plaintiff was finally deemed innocent after Sedgwick County Judge Pro Tem Clark Owens read *all* of the additional pleadings that Farr had filed in the false stalking charge case against her. It is rare to see a judge in Sedgwick County with a conscience, but discovery will show that her evidence convinced him that this was all part of their' "schemed plan" to violate her rights so she would lose the election. Even if the Court should decide not to allow this document, plaintiff has already shown that the contempt charges were dismissed against her in the "Affidavit of Anthony Nixon" who appeared in court with her that day [Doc. 73, EXHIBIT A, see EXHIBIT Z attached]. His eyewitness account verifies that he heard the judge dismiss the contempt charges, and that Hesse threatened Farr after he left the courtroom.

3. Notwithstanding, the federal defendants fail to raise an issue as to how they would be prejudiced or harmed in any way if the Court allowed plaintiff to add her supplemental pleading. If they really felt prejudiced, they would have said so. Plaintiff is only trying to perfect her case so that the Court can make a full and fair determination in this matter without hesitancy. It is she who would suffer the harm.

WHEREFORE, plaintiff respectfully requests that this Court freely grant her motion for leave to add her supplemental pleading with both of her exhibits for the aforementioned reasons.

By: *Joan E. Farr*
Joan E. Farr, plaintiff *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February 2023, a copy of the above and foregoing Plaintiff's Reply to Federal Defendants' Response in Opposition to Plaintiff's Motion to Add Supplemental Pleading (Doc. 94) was filed with the United States District Court for the District of Kansas, and pursuant to D. Kan. Rule 5.4.9(a), notice of electronic filing is automatically generated by the court's Electronic Filing System (CM/ECF) to send notifications of such filing to the email addresses on the electronic mail notice list.

By: *Joan E. Farr*
Joan E. Farr, plaintiff *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

2